## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01968-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 17, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| SAMUEL BEECHER, | Scott Leonard Evans |
| **Plaintiff,** | |
| v. | |
| GREELEY, TOWN OF, | Stacey L. Aurzada |
| BRIAN COBB, | |
| RYAN TEMPLEMAN, | Sarah E. McCutcheon |
| **Defendant(s).** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:** 1:40 p.m.
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion to Amend Complaint, #20.

Court's findings.

**ORDERED:** The **Plaintiff's Motion for Leave to Amend Complaint** [#20], filed February 27, 2009, is **DENIED without prejudice.**  Plaintiff may re-file his motion to amend the complaint with the proposed amended complaint attached.

HEARING CONCLUDED.

**Court in recess**:   1:58 p.m.
Total time in court:   00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.