IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01968-PAB-CBS

SAMUEL BEECHER,

    Plaintiff,

v.

TOWN OF GREELEY,
OFFICER BRIAN COBB, individually, and
OFFICER RYAN TEMPLEMAN, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Motion to Compel Discovery Responses (doc. #26, filed 5/8/2009) is **DENIED without prejudice for failure to comply with Local Rule 7.1A** (Duty to Confer).  *(Also see doc. #17 - Minute Entry, page 2)*

**DATED:**    May 13, 2009