IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01968-PAB-CBS

SAMUEL BEECHER,

    Plaintiff,

v.

TOWN OF GREELEY,
OFFICER BRIAN COBB, individually, and
OFFICER RYAN TEMPLEMAN, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. # 35)* is GRANTED. Attorney Lydia M. Tate is relieved of any further representation of *Plaintiff* in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Ms. Tate and to remove her from the electronic certificate of mailing.

**DATED:**    May 26, 2009