# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  08-cv-01968-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  June 2, 2009** | **Courtroom Deputy:** Linda Kahoe |

SAMUEL BEECHER,                                                      Scott Leonard Evans

     Plaintiff,

     v.

GREELEY, TOWN OF, *et al.*,                                     Stacey L. Aurzada

RYAN TEMPLEMAN,                                                  Sarah Elizabeth McCutcheon
                                                                            Stacey L. Aurzada

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:     10:48 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding status of case.

Defendants state objections to Plaintiff's Second Motion for Leave to Amend Complaint (doc #37, filed 5/26/2009).

For reasons as stated on the record, it is

**ORDERED:**   Plaintiff's Second Motion for Leave to Amend Complaint (doc #37, filed 5/26/2009) is **GRANTED**.  Plaintiff's First Amended Complaint (doc #37-2) is deemed filed as of today's date.

Defense counsel make an oral motion to withdraw Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(6) and Qualified Immunity (doc #2, filed 10/15/2008).  Plaintiff states no objection.

**ORDERED:** Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(6) and Qualified Immunity (doc #2, filed 10/15/2008) is **WITHDRAWN without prejudice**.

Discussion regarding Defendants' May 22nd discovery requests.

**ORDERED:** Plaintiff shall serve complete, comprehensive, and signed discovery responses, consistent with Rule 26(b)(1), Rule 33 and Rule 34, no later than June 8, 2009.

**ORDERED:** Settlement Conference is set for June 16, 2009 at 10:30 a.m. Updated settlement statements are due no later than June 11, 2009.

HEARING CONCLUDED.

**Court in recess:**    **11:26 a.m.**
Total time in court:    00:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.