IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-01968-PAB-CBS

SAMUEL BEECHER,

    Plaintiff,

v.

TOWN OF GREELEY,
OFFICER BRIAN COBB, individually, and
OFFICER RYAN TEMPLEMAN, individually,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS COBB AND TEMPLEMAN
_____

THIS MATTER comes before the Court upon the Joint Stipulation for Dismissal With Prejudice of Officer Brian Cobb and Officer Ryan Templeman in Their Individual and Official Capacities [Docket No. 46].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendants Brian Cobb and Ryan Templeman, in their individual and official capacities, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs

DATED July 6, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer         
                                          PHILIP A. BRIMMER
                                          United States District Judge